

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-11-00573-CV

Brad **CROFT**, Individually and as Trustee of the Willawall Investments Trust,
Appellant

v.

Jason S. **GADSBY**, Regina Prewitt-Cambell, Charlotte Marie Bellem, Peter C. Bouxsein,
Robert F. Sigafoos, William E. Merten, Charles Rodney Godwin, Judy Johnson-Kinlaw,
Margaret Francis, Shavano Rogers Ranch Swim Club, Inc., and AMS SA Management, LLC,
Appellees

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2010-CI-09853
Honorable Peter Sakai, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE ANGELINI, AND JUSTICE BARNARD

In accordance with this court's opinion of this date, the motion for substitution of parties and to dismiss appeal is GRANTED, and this appeal is DISMISSED. Costs of the appeal are taxed against appellant.

SIGNED September 9, 2015.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice